# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Edgar M. Rivera, Esq.
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: erivera@theharmanfirm.com

January 29, 2020

**VIA ECF**

Hon. Arthur D. Spatt
United States District Judge
Eastern District of New York
814 Federal Plaza,
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 07 2020 ★

LONG ISLAND OFFICE

Re: *Maines et al. v. Last Chance Funding, Inc. et al.*, 17 CV 5453

Dear Judge Spatt:

We represent Plaintiffs Tread Maines, Bernette Bailey-Marsh, Rebecca Alexandre, and Rishalla Ganpat in the above-referenced action. We write on behalf of the parties to inform the Court that we have reached a settlement agreement in principle. The parties are in the process of preparing a draft settlement agreement and respectfully request 60 days to file the stipulation of dismissal.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Edgar M. Rivera

cc: All Counsel of Record (via ECF)

Application granted. Case closed. The parties are granted leave to re-open the case in the event that settlement is not consummated. SO ORDERED.

/s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.

2/7/20
Date